UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERAY SMITH,

        Plaintiff,                Case No. 1:13-cv-362

v.                                           Honorable Paul L. Maloney

PETERSON & PALETTA, PLC,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS FURTHER ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   June 14, 2013                         /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District Judge